# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN ESPINOSA, | 3:17-CV-0710-MMD-CLB |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 10, 2020 |
| JAMES DZURENDA, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Discovery was extended in this matter until January 27, 2020 (ECF No. 57). The court explicitly stated in that order that "there shall be no further extensions of discovery absent extraordinary circumstances. *Id.* Therefore, plaintiff's second request to extend discovery (ECF No. 60) is **DENIED**.

Defendants have responded to fifteen sets of interrogatories and nine sets of requests for admissions (ECF No. 61). Plaintiff states in his motion to extend discovery that he has not received some responses to discovery but he does not state which specific discovery that was propounded to whom for which he awaits responses. Plaintiff is similarly vague in his motion for default (ECF No. 62) which is also **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:       /s/
Deputy Clerk