```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

| | | |
|---|---|---|
| BENJAMIN ESPINOSA, | ) | 3:17-CV-0710-MMD-CLB |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 9, 2020 |
| | ) | |
| JAMES DZURENDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed several motions concerning the court's orders ECF No. 72 & 75. The court will address each motion in turn.

**ECF No. 78 – Motion for clarification of ECF No. 72 & 75**

Plaintiff's motion for clarification (ECF No. 78) is **DENIED**. The court's orders ECF No. 72 & 75 are clear and the court declines to infer or include any of plaintiff's requests to declare objections waived or exclude evidence. Defendants complied with the court's orders ECF No. 72 & 75 (ECF No. 79) as required.

**ECF Nos. 81 & 82 – Motion to extend opposition to summary judgment and for court order to execute renewal of documentary evidence**

Plaintiff's motion to extend time to file an opposition to defendants' motion for summary judgment (ECF No. 81) is **GRANTED**. Plaintiff shall have until **Monday, April 27, 2020** to file an opposition.

Plaintiff is also requesting that the court issue and order to ensure an expeditious review of the documents unseal in the Warden's Office. Plaintiff's request (ECF No. 82) is **DENIED** at this time. The court assumes plaintiff will be able to review the documents by following the proper prison procedure.

    **IT IS SO ORDERED.**                     DEBRA K. KEMPI, CLERK

                                                         By:          /s/
                                                               Deputy Clerk