1  AARON D. FORD
    Attorney General
2  ROST C. OLSEN, Bar No. 14410
    Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel:  (775) 684-1209
   E-mail:  rolsen@ag.nv.gov

*Attorneys for Defendants
Renee Baker, Dwayne Baze, Cody Beckerdite,
Kelly Belanger, Travis Bennett, David Carpenter,
Tara Carpenter, James Donnelly, James Dzurenda,
David Gatlin, Todd Gilliland, Valaree Olivas, Jethro Parks,
Maria Ward, Harold Wickham, and William Sandie*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| BENJAMIN ESPINOSA, | Case No.  3:17-cv-00710-MMD-CLB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| JAMES DZURENDA, et al., | |
| Defendants. | |

It is hereby stipulation and agreed by and between Plaintiff, Benjamin Espinosa, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rost C. Olsen, Deputy Attorney General, that the above-captioned

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

Dated: 9/9/20

_(signature)_
Benjamin Espinosa #74296, Plaintiff
*Pro Se*

Dated: 9/10/2020

AARON D. FORD
Attorney General

By: _(signature)_
Rost C. Olsen, Bar No. 14410
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_(signature)_
U.S. DISTRICT JUDGE

DATED: September 11, 2020.

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day September, 2020, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Benjamin Espinosa #74296
Ely State Prison
P.O. Box 1989
Ely, Nevada 89301
esp_lawlibray@doc.nv.gov

                                             */s/ Perla M. Hernandez*
                                             An employee of the
                                             Office of the Attorney General